# RICHMAN
## LAW & POLICY

1 Bridge Street, Suite 83, Irvington, NY 10533 / 914.693.2018
www.RichmanLawPolicy.com

**Via ECF**  September 17, 2025

Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

**Re:** *Nino ("Nina") Bregvadze v. WaterWipes (USA), Inc.*, No. 7:25-cv-02586 (S.D.N.Y.)

Dear Hon. Karas:

As you know, we represent Plaintiff Nino "Nina" Bregvadze ("Plaintiff"), who filed an Amended class action Complaint ("FAC") against Defendant WaterWipes (USA), Inc.'s ("Defendant") (ECF No.16). Defendant filed its Motion to Dismiss the FAC on August 29, 2025. (ECF No. 20.) Per the Court's Memo Endorsement entered on July 31, 2025, Plaintiff's response is due September 29, 2025, and Defendant's reply is due October 17, 2025. (ECF No. 19.) The Parties now write to request a temporary ninety (90) day stay.

The Parties have good cause for this request and neither Party will be prejudiced by a stay. The Parties met and conferred and agreed to a temporary in order to explore early resolution of the matter. The Parties respectfully request that the above-captioned be temporarily stayed for ninety (90) days. After ninety (90) days, the Parties will apprise the Court of the status of their efforts.

For the Court's convenience, we have included a "So Ordered" line at the end of the document should the Court grant this request. Thank you for your consideration.

Granted, but there will be no more such extensions.

So Ordered
9/17/25

Respectfully submitted,

*/s/ Kim E. Richman*
Kim E. Richman
**Richman Law & Policy**
1 Bridge Street, Suite 83
Irvington, NY 10533
Tel: (914) 693-2018
krichman@richmanlawpolicy.com

*Attorney for Plaintiff and Putative Class*

1