

|  | khlaw.com | Keller and Heckman LLP |
|---|---|---|
|  | 415.948.2800 | Three Embarcadero Center |
|  |  | Suite 1420 |
|  |  | San Francisco, CA 94111 |

**Writer's Direct Access**
**Rohit A. Sabnis**
(415) 948-2807
sabnis@khlaw.com

March 13, 2026

*Via ECF*

The Honorable Kenneth M. Karas
United States District Court Judge
Southern District of New York
The Hon. Charles L. Brieant Jr. - Federal Building and United States Courthouse
300 Quarropas St., Courtroom 521
White Plains, NY 10601-4150

> **Re:**   *Nino ("Nina") Bregvadze v. Waterwipes (USA), Inc.*, **Case No. 7:25-cv-02586**

Dear Judge Karas:

As you know, we represent Defendant WaterWipes (USA), Inc. in this matter, a putative class action filed by Plaintiff Nino "Nina" Bregvadze. WaterWipes filed its Motion to Dismiss the First Amended Complaint on August 29, 2025. (ECF No. 20.)

On September 17, 2025, the Parties requested a 90-day stay to explore early resolution of the matter. (ECF No. 21.) The Court granted the request the same day, noting in its endorsement that "there will be no more such extensions." (ECF No. 22.) On March 12, 2026, the Parties reported to the Court that they had engaged in a half-day mediation on March 10, and were still hopeful that they could resolve the matter. (ECF No. 25.) The Parties further reported that they were conferring on the length of an additional stay in the hopes of continuing their efforts towards resolution.

Having so conferred, the Parties now write to request that the stay be extended by an additional 90-days. The Parties have good cause for this request and ask the Court to consider it an extension to permit fulfillment of the purposes of the initial stay, rather than a new stay. The Parties agree that neither will be prejudiced by this extension. After ninety (90) days, the Parties will apprise the Court of the status of their efforts.

For the Court's convenience, we have included a "So Ordered" line at the end of the document should the Court grant this request. Thank you for your consideration.



March 13, 2026
Page 2

Respectfully submitted,

*/s/ Rohit A. Sabnis*
Rohit A. Sabnis – Admitted Pro Hac Vice
Sam Butler – Admitted Pro Hac Vice
Keller & Heckman LLP
Three Embarcedero Center, Suite 1420
San Francisco, CA 94111
Phone: 415-948-2807
Email: sabnis@khlaw.com
*Counsel for Defendant*

&

Kim E. Richman
Richman Law & Policy
1 Bridge Street, Suite 83
Irvington, NY 10533
Tel: (914) 693-2018
krichman@richmanlawpolicy.com
*Counsel for Plaintiff*

**cc: Via ECF**
Kim E. Richman
**Richman Law & Policy**
1 Bridge Street, Suite 83
Irvington, NY 10533
Tel: (914) 693-2018
krichman@richmanlawpolicy.com

**SO ORDERED**

Hon. Kenneth M. Karas
UNITED STATES DISTRICT JUDGE
3/13/26