Case 7:25-cv-02586-KMK Document 31 Filed 07/31/26 Page 1 of 2

RICHMAN
LAW & POLICY
1 Bridge Street, Suite 83, Irvington, NY 10533 / 914.693.2018
www.RichmanLawPolicy.com

**Via ECF** July 31, 2025

Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

**Re: *Nino ("Nina") Bregvadze v. WaterWipes (USA), Inc.*, No. 7:25-cv-02586 (S.D.N.Y.)**

Dear Hon. Karas:

Plaintiff Nino "Nina" Bregvadze ("Plaintiff") and Defendant WaterWipes (USA), Inc. ("Defendant") respectfully request a temporary stay of 90 days. On March 10, 2026, the Parties held a mediation for part of the day. On March 13, 2026, this Court granted the Parties' joint motion to stay. The Parties still have an option to complete another half-day of mediation. The Parties have agreed to a framework for ongoing direct settlement discussions and intend to work collaboratively to structure a settlement.

Having conferred, the Parties now write to request that the stay be extended by an additional 90-days. The Parties have good cause for this request and ask the Court to consider it an extension to permanent fulfillment of the purposes of the initial stay rather than a new stay. The Parties agree that neither side will be prejudiced by this extension. After ninety (90) days, the Parties will apprise the Court of the status of their efforts.

For the Court's convenience, we have included a "So Ordered" line at the end of the document should the Court grant this request. Thank you for your consideration.

Granted, one last time.

So Ordered.

7/31/26

Respectfully submitted,

*/s/ Kim E. Richman*
Kim E. Richman
**Richman Law & Policy**
1 Bridge Street, Suite 83
Irvington, NY 10533
Tel: (914) 693-2018
krichman@richmanlawpolicy.com

*Attorney for Plaintiff and Putative Class*

Case 7:25-cv-02586-KMK Document 31 Filed 07/31/26 Page 2 of 2

RICHMAN
LAW & POLICY

1 Bridge Street, Suite 83, Irvington, NY 10533 / 914.693.2018
www.RichmanLawPolicy.com

**cc: Via ECF**
Rohit Sabnis
**Keller and Heckman LLP**
Three Embarcadero Center
Suite 1420
San Francisco, CA 94111
T: 415-948-2800
sabnis@khlaw.com

Samuel A. Butler
**Keller and Heckman LLP**
1001 G Street NW
Suite 500w
Washington, DC 20001
T: 202-434-4100
butler@khlaw.com

*Attorneys for Defendant*

**SO ORDERED**

Honorable Kenneth M. Karas, U.S.D.J.